HARRY ROSENTHAL, Plaintiff, v. HARRY HANDSCHUH and HANNAH HANDSCHUH,

Appellants. JOSEPH L. GREENBERG, Attorney, Respondent.— Order in so far as it directs cancellation of release affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ., concur.